SYBIL K. MEDEIROS AND LOUIS MEDEIROS *v.*
FIRST INSURANCE COMPANY
OF HAWAII, LTD.

No. 4656.

JUNE 25, 1968.

RICHARDSON, C.J., MIZUHA, MARUMOTO, ABE, JJ.
AND CIRCUIT JUDGE KING IN PLACE OF
LEVINSON, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Dennis E. W. O'Connor (Robertson, Castle & Anthony* of counsel) for the petition.